{If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Brandy L Bond

_____,

Plaintiff(s),

vs.

Chicago Police Officers (Unnamed 1)
(Unnamed 2) Lake Behavioral Hospital
Unnamed intake worker of Lake Behavioral hospital

Defendant(s).

RECEIVED
SEP 27 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No.

1:22-cv-05258
Judge John Robert Blakey
Magistrate Young B. Kim
DIRECT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a **pro se** plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is  Brandy Latrice Bond  .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, __Names refused so far__, is
(name, badge number if known)

☒ an officer or official employed by __Chicago Police Department__ ;
(department or agency of government)
_____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

   acted is __Chicago, Cook County__. As to plaintiff's federal

   constitutional claims, the municipality, township or county is a defendant only if

   custom or policy allegations are made at paragraph 7 below.

6. On or about __August 15th 2021__, at approximately __4:30__ ☐ a.m. ☒ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of __Chicago Illinois__

   _____, in the County of __Cook__,

   State of Illinois, at _____,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☐ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other:

   _____
   _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**): _____

8. Plaintiff was charged with one or more crimes, specifically:

   No

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

   ☒ Other: No crime committed

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

**I am bringing calm against two Chicago police officers (Unknown Name1) (Unknown Name2) And (Lake Behavior Health and Intake worker) for violation of constitutional rights and unconstitutional detention, after committing no crime.**

**Following being verbally and physically assaulted by an AMC security guard and unknown patron, the Chicago police went on to arrest me, refusing to take action against my attackers, taking me to Northwestern hospital, were I was drugged and detained without a court order from a judge. Following my alleged attack. I further feel I was kidnapped by Lake Behavioral being forced by Intake (Name currently unknown) while in my opinion not being a treat to myself or others, under the federal guidelines of holding someone against their will. I was drugged prior to being delivered to Lake Behavioral, against my will, threatened by unnamed intake worker that if I tried to leave she would call the police and would be arrested and held on a mental health hold which could take a month unless I signed voluntary admission papers. It is my understanding that**

you cannot force, anyone or a drugged individual to sign legal documents, it is my understanding, under federal law you are not allowed to force anyone to sign documents under duress. And you cannot hold anyone in a mental health facility without being a threat to themselves or others. Or a court order from a judge. Although with all due respect that must be determined by the court. While detained against my will at Lake Behavioral Health I was verbally and sexually assaulted. At one point having a nurse attempt to give me psychotropic medication's that I could be allergic to telling me that they were high blood pressure pills. For-four days I was denied, I was denied medical care, although it was repeatedly requested it. I was injured from my attack. I am seeking financial relief of 4 million dollars from the two Chicago police officers that orchestrated my alleged unconstitutional arrest, and the Lake Behavioral intake worker that unconstitutionally forced me to sign documents and held me against my will under threat; in violation of 1983 constitutional law. The incident has caused me continuous posttraumatic stress making it more difficult to

**interact with in society on day-to-day task, out of fear that I will be attacked or illegally detained again. I suffer anxiety when I go out in public and still have nightmares about the entire ordeal. I suffered tremendous embarrassment and emotional distress. I believe in the interest of justice I am owed compensation for the personal violations against me.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

See Attached

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Physically injured, beaten, choked, held against will,

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☒ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _____

Plaintiff's name *(print clearly or type)*: Brandy L Bond

Plaintiff's mailing address: 213 W Wabash Ave

City Waukesha   State WI   ZIP 53186

Plaintiff's telephone number: ( 414 ) 915-3935

Plaintiff's email address *(if you prefer to be contacted by email)*: tvbrandy@icloud.com

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*   Brandy Bond V. Amtrak

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]